Lars Evensen
Nevada Bar No. 8061
J. Malcolm DeVoy
Nevada Bar No. 11950
HOLLAND & HART LLP
9555 Hillwood Drive
Second Floor
Las Vegas, NV  89134
Telephone:  702-669-4600
lkevensen@hollandhart.com
jmdevoy@hollandhart.com

*Attorneys for Defendants*
*Juan Rivas; ADT LLC of Delaware; and*
*Johnson Controls Security Solutions LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **EDYTHE MAXINE HARTMAN**, a Nevada resident,<br><br>Plaintiff,<br><br>vs.<br><br>**JUAN RIVAS,** a Nevada resident; **UTC FIRE & SECURITY AMERICAS CORPORATION, INC.**, d/b/a **INTERLOGIX**, a corporation; **ADT LLC OF DELAWARE**, d/b/a **ADT**, a foreign limited liability company; **JOHNSON CONTROLS SECURITY SOLUTIONS LLC**, a foreign limited liability company; **ROE MANUFACTURER**; **ROE COMPONENT PARTS MANUFACTURER**; **ROE DISTRIBUTOR**; **ROE ADT SECURITY DEALER**; **ROE ADT PRODUCT INSPECTOR**; **ROE ADT PRODUCT DESIGNER; DOES 1-20;** and **ROE BUSINESS ENTITIES 1-20**, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01968-JCM-DJA |

**DEFENDANTS JUAN RIVAS,**
**UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,**
**ADT LLC OF DELAWARE, AND**
**JOHNSON CONTROLS SECURITY SOLUTIONS LLC'S STIPULATION FOR AN**
**EXTENTION OF TIME TO FILE FIRST RESPONSIVE PLEADING**

**[FIRST REQUEST]**

4846-5501-1280 v1

The parties hereby stipulate and agree to a 50-day extension of time for Defendants Juan Rivas ("Mr. Rivas"); UTC Fire & Security America Corporation, Inc., d/b/a Interlogix ("UTC/Interlogix"); ADT LLC of Delaware ("ADT"); and Johnson Controls Security Solutions LLC ("JCSS") to each file their respective responsive pleading responsive to the Complaint [ECF 1-1], and respectfully request that the Court approve the parties' stipulation for the following reasons:

1. Plaintiff Edythe Maxine Hartman ("Plaintiff") filed her Complaint on September 18, 2020 in the Eighth Judicial District Court in and for Clark County, Nevada, Case No. A-20-821415-C.

2. ADT and JCSS filed their Notice of Removal on October 23, 2020 [ECF 1], making their responsive pleadings to the Complaint due on October 30, 2020 under Federal Rule of Civil Procedure 81(c)(2)(C).

3. Counsel for Plaintiff is in the process of determining whether to join additional, and potentially indispensable, parties and modify the caption to identify the proper parties in interest. Additionally, counsel for JCSS has requested that it be dismissed from the action on the grounds that it is an improper party and has no business relationship with the Plaintiff.  These issues are currently under examination and determination.

Counsel for Plaintiff and Defendants therefore respectfully request that the Court approve the parties' stipulation for a 50-day extension, allowing Mr. Rivas, UTC/Interlogix, ADT, and JCSS, to respond to the Complaint on or before Thursday, December 17, 2020.

This is the parties' first request for an extension of the responsive pleading deadline in this action. The parties have requested a 50-day extension in order to avoid seeking subsequent extensions from the Court.  Additionally, based on the potential changes in party composition under consideration since ADT and JCSS appeared in this action, this extension promotes judicial efficiency and conserves party resources by allowing the addition, subtraction, or substitution of parties to be determined before responsive pleadings and potential dispositive motion practice commences.  The parties seek this extension in good faith and in consideration of the following premises, and not for the purposes of delay.

//

4846-5501-1280 v1

RESPECTFULLY SUBMITTED this 30th day of October, 2020.

By: /s/Breanna K. Hartmann
   James D. Urrutia
   Breanna K. Hartmann
   MAINOR WIRTH, LLP
   6018 South Apache Road
   Suite 150
   Las Vegas, NV  89148
   Telephone:  702-464-5000
   Facsimile:  702-463-4440
   james@mwinjury.com
   bree@mwinjury.com

**Attorneys for Plaintiff**
**Edythe Maxine Hartman**

By: /s/ J. Malcolm DeVoy
   Lars Evensen
   Nevada Bar No. 8061
   J. Malcolm DeVoy
   Nevada Bar No. 11950
   HOLLAND & HART LLP
   9555 Hillwood Drive
   Second Floor
   Las Vegas, NV  89134
   Telephone:  702-669-4600
   lkevensen@hollandhart.com
   jmdevoy@hollandhart.com

**Attorneys for Defendants**
**Juan Rivas; ADT LLC of Delaware; and**
**Johnson Controls Security Solutions LLC**

By: /s/ Rebecca Mastrangelo
   Nevada Bar No. 5417
   Rebecca Mastrangelo
   ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   700 South Third Street
   Las Vegas, NV  89101
   Telephone:  702-383-3400
   Facsimile:  702-384-1460
   rmastrangelo@rmcmlaw.com

**Attorneys for Defendant**
**UTC Fire & Security America Corporation, Inc., d/b/a Interlogix**

### ORDER

In light of the foregoing and upon a finding of good cause, it is hereby **ORDERED** that the deadline for defendants Mr. Rivas, UTC/Interlogix, ADT, and JCSS, to answer or otherwise respond to the Complaint [ECF No. 1-1] shall be by or before Thursday, December 17, 2020.

**IT IS SO ORDERED.**

DATE: November 2, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3

4846-5501-1280 v1