1  REBECCA L. MASTRANGELO, ESQ.
   Nevada Bar No. 5417
2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   700 South Third Street
3  Las Vegas, Nevada 89101
   Phone (702) 383-3400
4  Fax (702) 384-1460
   Email: rmastrangelo@rmcmlaw.com
5  Attorneys for Defendants
   UTC Fire & Security Americas Corporation,
6  Carrier Fire & Security Americas Corporation
   and General Electric
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDYTHE MAXINE HARTMAN, a Nevada Resident;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UTC FIRE & SECURITY AMERICAS CORPORATION, INC. d/b/a INTERLOGIX a Corporation; ADT LLC OF DELAWARE, d/b/a ADT, a foreign Limited Liability Company; JOHNSON CONTROLS SECURITY SOLUTIONS LLC d/b/a ADT SECURITY SERVICES, INC., a foreign Limited Liability Company; CARRIER FIRE & SECURITY AMERICAS CORPORATION, formerly UTC FIRE & SECURITY AMERICAS CORPORATION, INC., a Delaware corporation; GENERAL ELECTRIC d/b/a GE, a New York domestic business corporation; ROE MANUFACTURER; ROE COMPONENT PARTS MANUFACTURER; ROE DISTRIBUTOR; ROE ADT SECURITY DEALER; ROE ADT PRODUCT INSPECTOR; ROE ADT PRODUCT DESIGNER; DOES 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-01968-JCM-DJA |

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS UTC FIRE & SECURITY AMERICAS CORPORATION, INC. D/B/A INTERLOGIX SERVICES, INC., CARRIER FIRE & SECURITY AMERICAS CORPORATION F/K/A UTC FIRE & SECURITY AMERICAS CORPORATION, INC. and GENERAL ELECTRIC D/B/A GE ONLY WITH PREJUDICE**

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record, that the above-entitled matter be dismissed, with prejudice, AS TO UTC FIRE & SECURITY AMERICAS CORPORATION, INC. D/B/A INTERLOGIX SERVICES, INC., CARRIER FIRE & SECURITY AMERICAS CORPORATION F/K/A UTC FIRE & SECURITY AMERICAS CORPORATION, INC. and GENERAL ELECTRIC D/B/A GE, all parties to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED and AGREED that Defendants' Motion for Judgment on the Pleadings currently pending before this Court may be vacated.

DATED this ____4th____ day of ____May____, 2022.

| Rogers, Mastrangelo, Carvalho & Mitchell | Mainor Wirth, LLP |
|---|---|
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 005417<br>700 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendants | Breanna Hartmann, Esq.<br>Nevada Bar No. 13889<br>6018 S. Ft. Apache Road, Suite 150<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff |

IT IS SO ORDERED May 9, 2022.

UNITED STATES DISTRICT JUDGE

2